UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROTHERHOOD OF MAINTENANCE )
OF WAY EMPLOYES, DIVISION, IBT )
                               )
      Plaintiff,               )
                               ) Case No. 1:06-cv-754
NORFOLK SOUTHERN RAILWAY. CORP. )
                               )
      Defendant.               )

## NOTICE OF FILING OF WAIVER OF SERVICE OF SUMMONS

Pursuant to the Court's Order issued on June 23, 2006, the Brotherhood of Maintenance of Way Employes Division/IBT ("BMWED") advises the Court that a copy of its complaint in the above-captioned case was provided to Norfolk Southern Ry. Corp. ("NSR") on May 26, 2006. NSR has executed a waiver of service of summons, a copy of which is filed with this notice.

Respectfully submitted,

_____/s/_____
Richard S. Edelman
D.C. Bar No. 416348
O'Donnell, Schwartz & Anderson, P.C.
1900 L Street, N.W., #800
Washington, DC 20036
(202) 898-1824
fax (202)-429-8928

Of Counsel:
William A. Bon, Esq.
General Counsel
Brotherhood of Maintenance
of Way Employes
20300 Civic Center Dr. Suite 320
Southfield, MI 48076-4169
(248) 948-1010

Counsel for the Brotherhood of Maintenance of Way Employes Division/IBT

June 27, 2006