# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, DIVISION, IBT <br> 20300 Civic Center Dr. Suite 320 <br> Southfield, MI 48076-4169 <br><br> Plaintiff, <br><br> NORFOLK SOUTHERN RAILWAY, CORP. <br> Three Commercial Place <br> Norfolk, VA 23510 <br><br> Defendant. | CASE NUMBER: 1:06CV00754 RCL <br><br> JUDGE: Royce C. Lamberth <br><br> ELECTRONICALLY FILED |

## UNOPPOSED MOTION TO EXTEND DEFENDANT'S
## RESPONSIVE PLEADING DUE DATE

AND NOW comes Defendant, by and through its undersigned counsel and files this Unopposed Motion to Extend Defendant's Responsive Pleading Due Date, averring as follows:

1. On or about April 25, 2006, Plaintiff filed the above-captioned Complaint in the United States District Court for the District of Columbia.

2. Defendant's responsive pleading is due on or about July 25, 2006.

3. Pursuant to Fed.R.Civ.P. 6(b), the Defendant request that its due date to file a responsive pleading be extended until August 25, 2006.

4. Plaintiff, through Richard S. Edelman, counsel for Plaintiff, does not oppose this Motion, and the parties anticipate that they will reach a settlement prior to August 25, 2006.

Respectfully submitted

Date:  July 25, 2006

Of Counsel:
Robert S. Hawkins
Robert.Hawkins@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Two Logan Square, 12th Floor
Philadelphia, PA  19103-2756
Tel: (215) 567-7500
Fax: (215) 567-2737

John A. Goodman
John.Goodman@bipc.com
D.C. Bar No. 471234
BUCHANAN INGERSOLL & ROONEY, PC
1700 K Street, Suite 300
Washington, D.C. 20006
Tel: (202) 452-5484
Fax: (202) 452-7989

     /s/ John H. Korns
John H. Korns
John.Korns@bipc.com
D.C. Bar No. 142745
BUCHANAN INGERSOLL & ROONEY, PC
1700 K Street, Suite 300
Washington, D.C. 20006
Tel: (202) 452-7939
Fax: (202) 452-7989

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE ) <br> OF WAY EMPLOYEES, DIVISION, IBT ) <br> 20300 Civic Center Dr. Suite 320 ) <br> Southfield, MI 48076-4169 ) <br> ) <br> Plaintiff, ) <br> ) <br> NORFOLK SOUTHERN RAILWAY, CORP. ) <br> Three Commercial Place ) <br> Norfolk, VA 23510 ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: 1:06CV00754 RCL <br><br> JUDGE: Royce C. Lamberth |

## ORDER OF COURT

AND NOW, this _____ of _____, 2006 upon consideration of the **Unopposed Motion to Extend Defendant's Responsive Pleading Due Date**, it is hereby Ordered that the Motion is Granted. The Defendant shall file a responsive pleading to Plaintiff's Complaint on or before August 25, 2006.

_____
Judge Royce C. Lamberth

#290016-v1;WDC1_GENERAL