UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BROTHERHOOD OF MAINTENANCE** ) <br> **OF WAY EMPLOYEES,** ) <br> ) <br>    **Plaintiff,** ) <br> ) <br>    v. ) <br> ) <br> **NORFOLK SOUTHERN RAILWAY** ) <br> **CORPORATION,** ) <br> ) <br>    **Defendant.** ) <br> ) | Civil Action No. 06-574 (RCL) |

**ORDER**

On consideration of the Unopposed Motion [4] To Extend Defendant's Pleading Due Date, at it appearing that a grant of that motion would be just and proper, it is, hereby

ORDERED, that the motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendant may respond to the complaint herein is hereby enlarged to and including August 25, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 26, 2006.