UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT<br><br>Plaintiff,<br><br>NORFOLK SOUTHERN RAILWAY. CORP.<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:06-cv-754<br>)<br>)<br>)<br>) |

**VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE 41(a)(1)(i)**

Plaintiff, Brotherhood of Maintenance of Way Employes Division/IBT ("BMWED") hereby voluntarily dismisses the complaint it filed in this case pursuant to Fed. R. Civ. P. 41(a)(1)(i). No answer or motion for summary judgment was filed in this case by the defendant, so voluntary dismissal without prejudice by notice under Rule 41(a)(1)(i) is appropriate.

Respectfully submitted,

_____/s/_____
Richard S. Edelman

| | |
|---|---|
| Of Counsel:<br>William A. Bon, Esq.<br>General Counsel<br>Brotherhood of Maintenance<br>of Way Employes<br>20300 Civic Center Dr. Suite 320<br>Southfield, MI 48076-4169<br>(248) 948-1010 | D.C. Bar No. 416348<br>O'Donnell, Schwartz & Anderson, P.C.<br>1900 L Street, N.W., #800<br>Washington, DC 20036<br>(202) 898-1824<br>fax (202)-429-8928<br><br>August 23, 2006 |